REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08-75 |
| | ) |
| TEDDY COPPEDGE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about April 8, 2008, in the State and District of Delaware, TEDDY COPPEDGE, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is a 9 mm Sig Sauer semi-automatic handgun, model P228, serial number B124507, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms

and ammunition involved in the commission of each respective offense, including but not limited to the following:

    1. A 9 mm Sig Sauer semi-automatic handgun, model P228, serial number B124507.

                                A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

BY: _____
Joseph Grubb
Special Assistant United States Attorney

Dated: May 6, 2008