IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )     Crim. No. 08-075-SLR
                                    )
TEDDY COPPEDGE,                     )
                                    )
            Defendant.              )

# ORDER

At Wilmington this ⁹ᵗʰ day of June, 2008, having conferred with counsel;

IT IS ORDERED that:

1. An evidentiary hearing is scheduled for **Monday, July 28, 2008** at **5:00 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **July 28, 2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice.  18 U.S.C. § 3161(h)(8)(A).


                                    _____
                                    United States District Judge