# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Criminal Action No. 08-CR-00075-SLR** |
| : | |
| **TEDDY COPPEDGE,** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Joseph S. Grubb, Special Assistant United States Attorney for the District of Delaware, hereby moves to continue the evidentiary hearing in this matter. The grounds for this Motion are as follows:

1. The Court has scheduled an evidentiary hearing for July 28, 2008 at 3:15 p.m.

2. The Chief Investigating Officer and necessary witness Cpl. Tod Riley of the Wilmington Police Department will be unavailable from July 28 to August 1, 2008. Therefore, the Government requests that the hearing be rescheduled.

3. Counsel for the defendant does not oppose this request.

WHEREFORE, the United States respectfully requests that the Court continue the evidentiary hearing. A proposed form of order is attached.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

BY: _____
      Joseph S. Grubb
      Special Assistant United States Attorney
      1007 Orange Street, Suite 700
      P.O. Box 276
      Wilmington, Delaware 19899
      (302) 573-6277 x128

Dated: June 12, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-CR-00075-SLR |
| TEDDY COPPEDGE, | : |
| Defendant. | : |

## ORDER

WHEREAS, An evidentiary hearing in this matter is scheduled for July 28, 2008;

WHEREAS, the United States has filed a Motion to Continue the hearing;

WHEREAS, counsel for the defense does not oppose the motion;

NOW THEREFORE, IT IS HEREBY ORDERED this ____ day of _____, 2008, that the evidentiary hearing in this matter scheduled for July 28, 2008 is continued until _____ at _____.m., in Courtroom 6B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.


HONORABLE SUE L. ROBINSON
DISTRICT JUDGE