IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-CR-00075-SLR |
| TEDDY COPPEDGE, | : |
| Defendant. | : |

### ORDER

WHEREAS, An evidentiary hearing in this matter is scheduled for July 28, 2008;

WHEREAS, the United States has filed a Motion to Continue the hearing;

WHEREAS, counsel for the defense does not oppose the motion;

NOW THEREFORE, IT IS HEREBY ORDERED this 18th day of June, 2008, that the evidentiary hearing in this matter scheduled for July 28, 2008 is continued until 8/12/08 at 9:00 a.m., in Courtroom 6B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.

HONORABLE SUE L. ROBINSON
DISTRICT JUDGE