IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 08-075-SLR |
| | ) | |
| TEDDY COPPEDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

At Wilmington this 12th day of August, 2008, having conferred with counsel;

IT IS ORDERED that plaintiff's opening brief is due on or before August 29, 2008. Defendant's opposition brief is due on or before September 19, 2008. Plaintiff's reply brief is due on or before September 26, 2008.

_____
United States District Judge